Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

*Counsel for Defendant Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TONYA SOMERS,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, INNOVIS DATA SOLUTIONS, INC., CLARITY SERVICES, INC., CONN APPLIANCES, INC., HLS OF NEVADA, LLC and FIRST BANK & TRUST COMPANY,<br><br>    Defendants. | Case No. 2:24-cv-02001-JCM-BNW<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

  COMES NOW Defendant Trans Union LLC ("Trans Union"), by and through its counsel, and files this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's First Amended Complaint.

  1. Trans Union's responsive pleading is due on November 27, 2024.

  2. Plaintiff and Trans Union are actively engaged in case-resolution negotiations, including research into the allegations and fact necessary to productively discuss informal resolution.

  3. Plaintiff does not oppose an extension of Trans Union's time to Answer the Complaint so that the parties may devote their energies to resolving this matter prior to moving forward with litigation, which was discussed and agreed upon via e-mail on November 14, 2024. Trans Union files this Joint Stipulation consistent with its agreement with Plaintiff and

respectfully requesting the Court for an extension of time to file its responsive pleading for 21 days, to December 11, 2024.

4. The Stipulation is made in good faith and not for the purposes of delay.

5. This is the first extension of time and the requested extension does not prejudice the parties.

WHEREFORE, Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's First Amended Complaint up to and including December 11, 2024.

Dated this 19th day of November 2024.

SKANE MILLS LLP

*/s/ Sarai L. Thornton*
Sarai L. Thornton, Esq. (Bar No. 11067)
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 363-2535
*Counsel for Trans Union LLC*

FREEDOM LAW FIRM

*/s/ Gerardo Avalos*
Gerardo Avalos, Esq.
Nevada Bar No. 15171
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
*Counsel for Plaintiff Tonya Somers*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  11/20/2024

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November 2024, I filed **DEFENDANT TRANS UNION LLC'S RULE 7.1 CERTIFICATE OF INTERESTED PARTIES** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George Haines
Ghaines@freedomlegalteam.com
Gerardo Avalos
gavalos@freedomlegalteam.com
Freedom Law Firm, LLC
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
(702) 880-5554
*Counsel for Plaintiff*

/s/ Pouneh Porooshani
Pouneh Porooshani

1