George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Tonya Somers*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Tonya Somers, | Case No.: 2:24-cv-02001 |
| Plaintiff, | |
| v. | **Stipulation for dismissal of Trans Union LLC with prejudice.** |
| Trans Union LLC; Innovis Data Solutions, Inc.; Clarity Services, Inc.; Conn Appliances, Inc.; HLS of Nevada, LLC and First Bank & Trust Company, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Tonya Somers and Trans Union LLC stipulate to dismiss Plaintiff's claims against Trans Union, LLC with prejudice.

///
///
///
///
///

_____
STIPULATION                                    - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 29, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Tonya Somers*

**SKANE MILLS LLP**

/s/ *Sarai L. Thornton*
Sarai L. Thornton, Esq.
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
*Counsel for Trans Union LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 30, 2025

STIPULATION                                      - 2 -